UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
MILTON WILLIAMS, :
:
                Plaintiff, :
: 21-CV-1487 (VSB)
    -against- :
: **ORDER**
:
GARDENS ALIVE, INC. et al., :
:
                Defendants. :
:
-------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and with prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  May 11, 2021
         New York, New York

                                                    Vernon S. Broderick
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2021